**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DWYN HARBEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 18-1833** |
| **ALLERGAN USA, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

  **AND NOW**, this ___16th____ day of July, 2019, **IT IS HEREBY ORDERED AND**

**DECREED** that Defendants Allergan USA, Inc., Allergan Sales, LLC, and Allergan, Inc. shall

file an Answer to Plaintiff's Complaint (Doc.1-1) on or before **Monday, August 26, 2019**.


     **BY THE COURT**:

     **/s/ Petrese B. Tucker**

     _____

     **Hon. Petrese B. Tucker, U.S.D.J.**